UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| STEVEN JACO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10CV130 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration. The Court referred this matter to United States Magistrate Judge Lewis M. Blanton for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On November 7, 2011, Judge Blanton filed his recommendation that the Commissioner's decision to deny benefits be affirmed.

Plaintiff objects to the Report and Recommendation. In his objections, plaintiff merely restates the arguments raised before Judge Blanton – namely, that the ALJ erred in finding that plaintiff did not suffer from an impairment which met or equaled a listing and in determining plaintiff's RFC. I have conducted a de novo review, and after careful consideration I will adopt and sustain the thorough reasoning of Magistrate Judge Blanton. I agree with Judge Blanton that plaintiff

fails to explain how his impairments meet or equal a listing and that the ALJ's RFC determination was properly supported by substantial evidence.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation issued by Magistrate Judge Lewis M. Blanton on November 7, 2011 [#20] is adopted and sustained in its entirety.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of November, 2011.